# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*  *Debtors* | CASE NO. 21-61491-TNAP (JOINTLY ADMINISTERED) CHAPTER 11 SUBCHAPTER V JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE  *Plaintiff*  V.  DAVID STANFILL  *Defendant* | ADVERSARY NO. 23-6028 |

**AMENDED EXHIBIT A TO ADVERSARY COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY OR EXTENT OF A LIEN OR OTHER INTEREST IN PROPERTY; TO RECOVER PREFERENTIAL TRANSFERS, TO RECOVER FRAUDULENT TRANSFERS, TO OBTAIN A DECLARATORY JUDGMENT RELATING TO THE FOREGOING AND OTHER RELIEF.**

Attached is Amended Exhibit A to the Complaint.

Respectfully Submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee

**Squirrels Research Labs LLC**
**Transactions: David Stanfill**
All Dates

| Account # | Date | Transaction Type | Num | Memo/Description | Amount | A/P Paid | Comments from D Stanfill report |
|---|---|---|---|---|---|---|---|
| 1010 Checking x6063 | 09/27/2018 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Refunded customers/ small amount of DK and Mouser ordered personally |
| 1010 Checking x6063 | 10/04/2018 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 14,481.97 | Paid | Refunded customers/ small amount of DK and Mouser ordered personally |
| 1010 Checking x6063 | 11/29/2018 | Expense | | QuickPay with Zelle payment to D avid Stanfill 7706017862 | 2,500.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 12/05/2018 | Expense | | Online Transfer 7726870950 to Da vid Checking ####0303 transaction #: 7726870950 12/05 | 1,500.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 12/05/2018 | Expense | | Online Transfer 7726871448 to Da vid Checking ####0303 transaction #: 7726871448 12/05 | 3,350.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 12/14/2018 | Expense | | Online Transfer 7755272088 to Da vid Checking ####0303 transaction #: 7755272088 12/14 | 8,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 01/16/2019 | Expense | | DRI*PRINTING SERVICES-Jess/Dave SQRL Card | 137.82 | Paid | Not listed in report provided by D Stanfill |
| 1030 Cryptocurrency Wallet | 02/20/2019 | Journal Entry | 233 | Dave Stanfill Reimbursement Manncorp | 6,490.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 03/08/2019 | Expense | | Dave/Jess Arizona | 1,416.20 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 03/08/2019 | Expense | | Dave/Jess Arizona | 1,416.20 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 03/31/2019 | Bill Payment (Check) | 632 | David Reimbursement | 7,292.16 | Paid | Lyntech |
| 1010 Checking x6063 | 03/31/2019 | Check | 633 | David Reimbursement | 8,400.00 | Paid | reimbursement- customer refunds |
| 1020 Andrew x 9736 | 04/09/2019 | Expense | | HILTON HOTELS COLUMBUS-David hotel | 269.08 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 04/10/2019 | Expense | | DELTA AIR 0062366638434-David Canada Sales Trip | 809.48 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 04/14/2019 | Expense | | HOUSTON 5132-David Canada Trip | 31.71 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/16/2019 | Expense | | Online Transfer to CHK ...7683 t ransaction#: 8137816429 04/16-Reimburse David's Uber Charges | 128.05 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/15/2019 | Bill Payment (Check) | 645 | DAS Reimbursement | 43,188.93 | Paid | Dave gave us funds (likely payroll) |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162927721153-DJ Dave to Chicago-Trip insurance | 39.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162927721154-DJ Dave Trip Insurance-Chicago | 39.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162456343871-DJ Dave flight to Chicago | 631.60 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162456343870-DJ Dave to Chicago and Back | 631.60 | Paid | Not listed in report provided by D Stanfill |
| 1030 Cryptocurrency Wallet | 07/05/2019 | Journal Entry | 313 | DHL Shipping Charges paid by David Stanfill | 2,990.11 | Paid | Reimbursement- international shipping |
| 1010 Checking x6063 | 07/22/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 4,500.00 | Paid | Reimbursement for Liquid Cooling |
| 1010 Checking x6063 | 08/15/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 25,042.60 | Paid | reimbusement for personal cc |
| | 10/1/19 | | | | 15,993.75 | | DAS sale of hardware (Payment in hardware for "DJ Flight / etc." - took FKs, non cash) |
| 1010 Checking x6063 | 10/10/2019 | Check | 661 | David Transferring Cash to Crypto for SQRL | 8,010.00 | Paid | David Cash BCU funds for SQRL (Paid to Coinbase to pay crypto, 5000 refund + 3000 against AP below |
| 1010 Checking x6063 | 10/11/2019 | Journal Entry | 500 | Deducted from David AP | 8,000.00 | Paid | Not listed in report provided by D Stanfill |
| | 10/1/19 | | | | 3,000.00 | | Paid against open AP (Digikey BILL #1 1/3) |
| 1010 Checking x6063 | 12/04/2019 | Bill Payment (Check) | 663 | Reimbursement for Bills Paid | 18,780.00 | Paid | Reimbursement on open balance (Balance of "DJ's Flight" + partial against Kyln 8/1/19) |
| 1010 Checking x6063 | 12/11/2019 | Check | 672 | Merry Christmas! | 1,000.00 | Paid | Not listed in report provided by D Stanfill |
| | 12/17/19 | | | | 4,800.00 | | BCU Paid to David (Digikey BILL #1 2/3 - 1135.07 / balance of Kyle) |
| 1010 Checking x6063 | 12/30/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 7,500.00 | Paid | Reimbursement on open balance |
| 1010 Checking x6063 | 12/31/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 487.50 | Paid | Reimbursement on open balance |
| 1010 Checking x6063 | 01/16/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 01/17/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,220.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 01/17/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,780.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 01/21/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,030.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/03/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 550.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/03/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,100.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/06/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/07/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,380.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/07/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 3,190.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 3,500.00 | Paid | Paid against open AP (Bird flight 1/3) |
| 1010 Checking x6063 | 02/19/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 500.00 | Paid | Paid against open AP (Bird flight 2/3) |
| 1010 Checking x6063 | 02/24/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 274.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/24/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 4,726.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/25/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,176.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 85.35 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 142.58 | Paid | Paid against open AP (Redboard #4 3/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 226.05 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 541.40 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 700.00 | Paid | Paid against open AP (Payroll #1) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 700.71 | Paid | Paid against open AP (Bird Flight 3/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,225.00 | Paid | Paid against open AP (Redboard #1) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,425.00 | Paid | Paid against open AP (Redboard #3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,610.00 | Paid | Paid against open AP (Redboard #2) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,932.42 | Paid | Paid against open AP (Bird Flight 3/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 4,684.07 | Paid | Paid against open AP (17679 part) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP (Redboard #4 2/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 7,377.42 | Paid | Paid against open AP (Redboard #4 1/3) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 285.21 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 780.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,039.96 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,060.27 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,449.54 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,939.37 | Paid | Paid against open AP (Payment advance of Mouser #2 on 4/2, 1/2) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 8,596.93 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 10,999.83 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 11,500.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 12,994.93 | Paid | Paid against open AP (17679 part Liebert) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 30,353.96 | Paid | Paid against open AP (Generac 1/5) |
| 1010 Checking x6063 | 04/06/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 50.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/06/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 950.00 | Paid | Paid against open AP (Generac 2/5) |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 47.96 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 200.00 | Paid | Paid against open AP (Ryan Mann Labor) |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 222.85 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 363.33 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 780.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,495.84 | Paid | Paid against open AP (Generac 3/5) |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 3,343.90 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 4,952.25 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 6,175.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 7,141.89 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 8,059.49 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 8,520.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 10,018.49 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 17,679.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/23/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 600.00 | Paid | Paid against open AP (Generac 4/5) |
| 1010 Checking x6063 | 04/27/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 4,030.00 | Paid | Paid against open AP (Construction Crew 3/31) |
| 1010 Checking x6063 | 05/04/2020 | Expense | | David used Cash to Purchase Air compressor | 4,100.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/21/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 194.87 | Paid | Paid against open AP (Matt E Lunch) |
| 1010 Checking x6063 | 05/21/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 3,704.93 | Paid | Paid against open AP (Goulds Water Pump 1/3) |
| 1010 Checking x6063 | 05/21/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 8,100.20 | Paid | Paid against open AP (Generac 5/5) |
| 1010 Checking x6063 | 05/29/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 10,500.00 | Paid | Paid against open AP (Gould Water Pump 2/3) |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 164.29 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 281.85 | Paid | Paid against open AP (Briegel 12k 1/2) |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 483.35 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 605.00 | Paid | Paid against open AP |

| Account | Date | Type | Description | Amount | Status | Notes |
|---|---|---|---|---|---|---|
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,063.26 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,278.73 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,253.42 | Paid | Paid against open AP (Goulds Water Pump 3/3) |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 9,870.10 | Paid | Paid against open AP |
| | 7/10/20 | | | 31,000.00 | | HAAS (Briegel 12k 2/2 $10,013.54, $640 3/31, $2250 3/31, $44.04 4/1, $345.60 Mouser 4/2, $400 4/2, $401.70 4/9, $803.24 4/11 4/13 $1000, 4/15 $3000, 4/16 $4175, 4/16 $547.35, 4/16 $164.24, 4/17 $1000, 4/20 $800, 4/23 5415.19) |
| 1010 Checking x6063 | 07/24/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,031.73 | Paid | Paid against open AP (Generac Transfer Switch) |
| 1010 Checking x6063 | 07/24/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,151.50 | Paid | Paid against open AP |
| 1010 Checking x6063 | 07/24/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,816.77 | Paid | Paid against open AP (Quantum Shelving 1/3) |
| 1010 Checking x6063 | 08/13/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP ((Quantum Shelving 2/3) |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 21.73 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 300.00 | Paid | x |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,557.83 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,941.55 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,941.55 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,901.48 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 3,951.83 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 4,747.28 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,079.70 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 6,365.45 | Paid | Paid against open AP (Quantum Shelving 3/3) |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 11,191.60 | Paid | Paid against open AP |
| 1010 Checking x6063 | 10/19/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 990.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/06/2021 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 35,673.66 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/28/2021 | Expense | No Description provided - pymt to Long Term Loan D Stanfill | 25,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/29/2021 | Expense | No Description provided - pymt to Long Term Loan D Stanfill | 50,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/26/2021 | Transfer | No Description provided - pymt to acct #1022 Dave CC x5173 | 26,661.47 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 06/09/2021 | Expense | Dave Car that we canceled | 518.28 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 06/09/2021 | Expense | No Description provided - pymt to acct #1022 Dave CC x5173 | 15,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 06/11/2021 | Expense | Dave business trip | 37.66 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 06/13/2021 | Expense | Dave business trip | 30.49 | Paid | Not listed in report provided by D Stanfill |
| | | | | **714,074.32** | | |