# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, ET AL.<br><br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE<br>*Plaintiff*<br>V.<br>DAVID STANFILL<br>*Defendant* | ADVERSARY NO. 23-06028<br><br>ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

## JOINT STIPULATIONS

Plaintiff and Defendant hereby stipulate to the following for the purposes of this adversary proceeding only:

1. The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b) and (d) and General Order 2012-07 of the United States District Court for the Northern District of Ohio.

2. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (K) and (O).

3. On November 23, 2021 (the "Petition Date"), Squirrels Research Labs LLC ("Debtor") filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. At issue in this matter are certain payments that the Trustee alleges that the Debtor made to the Defendant, as set forth in the attachment to the Complaint and attached hereto both as Exhibit A (the "Payments"). This stipulation is entered for all purposes in this matter, but one specific purpose is to allow the Court to rule on certain issues as a matter of

law.  The parties anticipate that said ruling will simply this matter for trial and may facilitate settlement of at least some claims.

5.  Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, business-related travel on behalf of the Debtor ("Travel Expense Reimbursements").

6.  Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, the purchase of supplies, materials, electronic components or other goods used to directly produce the Debtor's products ("Material Expense Reimbursements").

7.  Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, the purchase of materials and services for construction or remodeling of the Debtor's premises ("Remodeling Reimbursements").

8.  Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, the purchase of office supplies and/or office services ("Office Expense Reimbursements").

[REMAINDER OF PAGE INTENTIONALLY BLANK]

9. Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent in making customer refunds ("Refund Expense Reimbursements").

| | |
|---|---|
| Respectfully Submitted,<br>/s/ Frederic P. Schwieg<br>Frederic P. Schwieg, Esq. (0030418)<br>Attorney at Law<br>19885 Detroit Rd #239<br>Rocky River, Ohio 44116<br>(440) 499-4506<br>fschwieg@schwieglaw.com<br>Subchapter V Trustee | Respectfully Submitted,<br>/s/ Jack Cooper, Esq.<br>Jack B. Cooper, Esq. (0069321)<br>Milligan Pusateri<br>PO BOX 35459<br>4684 Douglas Cir. NW<br>Canton OH 44735<br>Phone: (234) 209-9793<br>Fax: (330) 409-0249<br>Email: jcooper@milliganpusateri.com<br>Counsel for Defendant |

# **EXHIBIT A**

**Squirrels Research Labs LLC**
**Transactions: David Stanfill**
All Dates

| Account # | Date | Transaction Type | Num | Memo/Description | Amount | A/P Paid | Comments from D Stanfill report |
|---|---|---|---|---|---|---|---|
| 1010 Checking x6063 | 09/27/2018 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Refunded customers/ small amount of DK and Mouser ordered personally |
| 1010 Checking x6063 | 10/04/2018 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 14,481.97 | Paid | Refunded customers/ small amount of DK and Mouser ordered personally |
| 1010 Checking x6063 | 11/29/2018 | Expense | | QuickPay with Zelle payment to D avid Stanfill 7706017862 | 2,500.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 12/05/2018 | Expense | | Online Transfer 7726870950 to Da vid Checking ######0003 transaction # 7726870950 12/05 | 1,500.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 12/05/2018 | Expense | | Online Transfer 7726871448 to Da vid Checking ######0003 transaction # 7726871448 12/05 | 3,350.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 12/14/2018 | Expense | | Online Transfer 7755272088 to Da vid Checking ######0003 transaction # 7755272088 12/14 | 8,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 01/16/2019 | Expense | | DRI PRINTING SERVICES-Jess/Dave SQRL Card | 137.82 | Paid | Not listed in report provided by D Stanfill |
| 1030 Cryptocurrency Wallet | 02/20/2019 | Journal Entry | 233 | Dave Stanfill Reimbursement Mannorp | 6,490.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Dave CC x5173 | 03/08/2019 | Expense | | Dave/Jess Arizona | 1,416.20 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 03/08/2019 | Expense | | Dave/Jess Arizona | 1,416.20 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 03/31/2019 | Bill Payment (Check) | 632 | David Reimbursement1 | 7,292.16 | Paid | Lynteoh |
| 1020 Andrew x 9736 | 03/31/2019 | Expense | 633 | David Reimbursement1 | 8,400.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 04/09/2019 | Expense | | HILTON HOTELS COLUMBUS-David hotel | 269.08 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 04/10/2019 | Expense | | DELTA AIR 0062366058434-David Canada Sales Trip | 809.48 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 04/14/2019 | Expense | | HOUSTON 5132-David Canada Trip | 31.71 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/16/2019 | Expense | | Online Transfer to CHK ...7683 t ransactions# 813781642 9/04/16-Reimburse David's Uber Charges | 128.05 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/15/2019 | Bill Payment (Check) | 645 | DAS Reimbursement | 43,188.93 | Paid | Dave gave us funds (likely payed) |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162927721153-DJ Dawe to Chicago-Trip insurance | 39.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162927721154-DJ Dawe Trip Insurance-Chicago | 39.00 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162456343671-DJ Dawe flight to Chicago | 631.60 | Paid | Not listed in report provided by D Stanfill |
| 1020 Andrew x 9736 | 06/05/2019 | Expense | | UNITED 0162456343671O-DJ Dawe to Chicago and Back | 631.60 | Paid | Not listed in report provided by D Stanfill |
| 1030 Cryptocurrency Wallet | 07/05/2019 | Journal Entry | 313 | DHL Shipping Charges paid by David Stanfill | 2,950.11 | Paid | Reimbursement- international shipping |
| 1010 Checking x6063 | 07/22/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 4,500.00 | Paid | Reimbursement for Liquid Cooling |
| 1010 Checking x6063 | 08/15/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 25,042.60 | Paid | reimbursement for personal cc |
| 1010 Checking x6063 | 10/1/19 | | | | 15,993.75 | | DAS sale of hardware (Payment in hardware for "DJ Flight / etc.." - took FKs, non cash) |
| 1010 Checking x6063 | 10/10/2019 | Check | 661 | David Transferring Cash to Crypto for SQRL | 8,010.00 | Paid | David Cash BCU funds for SQRL (Paid to Coinbase to pay crypto, 5000 refund + 3000 against AP below |
| 1010 Checking x6063 | 10/11/2019 | Entry | 500 | Deducted from David AP | 8,000.00 | Paid | BCU Paid to David (Digikey BILL #1 2/3 - 1135.07 / balance of Kyle) |
| 1010 Checking x6063 | 10/11/19 | Bill Payment | | | 3,000.00 | | Paid against open AP (Digikey BILL #1 1/3) |
| 1010 Checking x6063 | 12/04/2019 | Bill Payment (Check) | 663 | Reimbursement for Bills Paid | 18,780.00 | Paid | Reimbursement on open balance (Balance of "DJ's Flight" + partial against Kyle 8/1/19) |
| 1010 Checking x6063 | 12/11/2019 | Check | 672 | Merry Christmas! | 1,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 12/17/19 | | | | 4,800.00 | | Reimbursement on open balance |
| 1010 Checking x6063 | 12/30/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 7,500.00 | Paid | Reimbursement on open balance |
| 1010 Checking x6063 | 12/31/2019 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 487.50 | Paid | Reimbursement on open balance |
| 1010 Checking x6063 | 01/16/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 01/17/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,220.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 01/17/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 2,760.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 01/21/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,030.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/03/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 550.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/06/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,100.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/06/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/07/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,380.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/07/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 3,190.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/18/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 3,500.00 | Paid | Paid against open AP (Bird flight 1/3) |
| 1010 Checking x6063 | 02/19/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 500.00 | Paid | Paid against open AP (Bird flight 2/3) |
| 1010 Checking x6063 | 02/24/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 274.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/24/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 4,726.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 02/25/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 1,176.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 85.35 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 142.58 | Paid | Paid against open AP (Redboard #4 3/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 228.05 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | | No Description provided - pymt through Accounts Payable #2001 | 541.40 | Paid | Paid against open AP |

| Account | Date | Type | Description | Amount | Status | Memo |
|---|---|---|---|---|---|---|
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 700.00 | Paid | Paid against open AP (Payroll #1) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 700.71 | Paid | Paid against open AP (Bird Flight 3/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,225.00 | Paid | Paid against open AP (Redboard #1) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,425.00 | Paid | Paid against open AP (Redboard #3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,610.00 | Paid | Paid against open AP (Redboard #2) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,932.42 | Paid | Paid against open AP (Bird Flight 3/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 4,684.07 | Paid | Paid against open AP (1/76?9 part) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP (Redboard #4 2/3) |
| 1010 Checking x6063 | 03/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 7,377.42 | Paid | Paid against open AP (Redboard #4 1/3) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 285.21 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 780.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,039.96 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,060.27 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,449.54 | Paid | Paid against open AP (Generac 2/5) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,939.37 | Paid | Paid against open AP (Payment advance of Mouser #2 on 4/2, 1/2) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 8,596.93 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 10,959.83 | Paid | Paid against open AP (Generac 1/5) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 11,500.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 12,994.93 | Paid | Paid against open AP (17679 part Liebert) |
| 1010 Checking x6063 | 03/18/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 30,353.96 | Paid | Paid against open AP (Generac 1/5) |
| 1010 Checking x6063 | 04/06/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 50.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/06/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 950.00 | Paid | Paid against open AP (Generac 2/5) |
| 1010 Checking x6063 | 04/06/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 6,175.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 47.96 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 200.00 | Paid | Paid against open AP (Ryan Menn Labor) |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 7,141.89 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 8,059.49 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 222.85 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 363.33 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 780.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,498.84 | Paid | Paid against open AP (Generac 3/5) |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 3,343.90 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 8,520.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 10,018.49 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/20/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 17,679.00 | Paid | Paid against open AP (Generac 4/5) |
| 1010 Checking x6063 | 04/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 600.00 | Paid | Paid against open AP (Construction Crew 3/31) |
| 1010 Checking x6063 | 04/27/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 4,030.00 | Paid | Paid against open AP (Construction Crew 3/31) |
| 1010 Checking x6063 | 05/04/2020 | Expense | David used Cash to Purchase Air compressor | 4,100.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/21/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 194.87 | Paid | Paid against open AP (Matt E Lunch) |
| 1010 Checking x6063 | 05/21/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 3,704.93 | Paid | Paid against open AP (Goulds Water Pump 1/3) |
| 1010 Checking x6063 | 05/21/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 8,100.20 | Paid | Paid against open AP (Generac 5/5) |
| 1010 Checking x6063 | 05/29/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 10,500.00 | Paid | Paid against open AP (Gould Water Pump 2/3) |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 164.29 | Paid | Paid against open AP (Generac 4/5) |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 281.85 | Paid | Paid against open AP (Briegel 12k 1/2) |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 483.35 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 605.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,063.26 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,278.73 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,253.42 | Paid | Paid against open AP (Goulds Water Pump 3/3) |
| 1010 Checking x6063 | 06/23/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 9,870.10 | Paid | Paid against open AP |
| 1010 Checking x6063 | 7/10/20 | | | 31,000.00 | | HAAS (Briegel 12k 2/2 $10,013.54, $840 3/31, $2250 3/31, $44.04 4/1, $345.50 Mouser 4/2, $400 4/2, $401.70 4/9, $803.24 4/11 4/13 $1000, 4/15 $3000, 4/16 $4175, 4/16 $547.35, 4/16 $164.24, 4/17 $1000, 4/20 $800, 4/23 $415.19) |
| 1010 Checking x6063 | 07/24/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,031.73 | Paid | Paid against open AP (Generac Transfer Switch) |
| 1010 Checking x6063 | 07/24/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,151.50 | Paid | Paid against open AP |

| Account | Date | Type | Description | Amount | Status | Notes |
|---|---|---|---|---|---|---|
| 1010 Checking x6063 | 07/24/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,816.77 | Paid | Paid against open AP (Quantum Shelving 1/3) |
| 1010 Checking x6063 | 08/13/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,000.00 | Paid | Paid against open AP ((Quantum Shelving 2/3) |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 21.73 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 300.00 | Paid | x |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,557.83 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,941.55 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 1,941.55 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 2,901.48 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 3,951.83 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 4,747.28 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 5,079.70 | Paid | Paid against open AP |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 6,365.45 | Paid | Paid against open AP (Quantum Shelving 3/3) |
| 1010 Checking x6063 | 09/09/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 11,191.60 | Paid | Paid against open AP |
| 1010 Checking x6063 | 10/19/2020 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 990.00 | Paid | Paid against open AP |
| 1010 Checking x6063 | 04/06/2021 | Bill Payment (Check) | No Description provided - pymt through Accounts Payable #2001 | 35,673.66 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/28/2021 | Expense | No Description provided - pymt to Long Term Loan D Stanfill | 25,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/29/2021 | Expense | No Description provided - pymt to Long Term Loan D Stanfill | 50,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/26/2021 | Transfer | No Description provided - pymt to acct #1022 Dave CC x5173 | 28,661.47 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 06/09/2021 | Expense | Dave Car that we canceled | 518.28 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 06/09/2021 | Expense | No Description provided - pymt to acct #1022 Dave CC x5173 | 15,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 06/11/2021 | Expense | Dave business trip | 37.66 | Paid | Not listed in report provided by D Stanfill |
| 1022 Dave CC x5173 | 06/13/2021 | Expense | Dave business trip | 30.49 | Paid | Not listed in report provided by D Stanfill |

**714,074.32**

23-06028-tnap    Doc 16    FILED 11/01/24    ENTERED 11/01/24 14:21:39    Page 7 of 7