United States Bankruptcy Court

Northern District of Ohio

Schwieg,

    Plaintiff                                                           Adv. Proc. No. 23-06028-tnap

Stanfill,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: lbald | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 07, 2025 | Form ID: pdf945 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | David Stanfill, 772 Treat Blvd, Tallmadge, OH 44278-2634 |
| pla | + | Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Nov 07 2025 20:41:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025                         Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant David Stanfill jcooper@milliganpusateri.com |

District/off: 0647-6

Date Rcvd: Nov 07, 2025

TOTAL: 2

User: lbald

Form ID: pdf945

Page 2 of 2

Total Noticed: 3

**IT IS SO ORDERED.**

**Dated: November 4, 2025**



*[signature]*
**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.* <br> *Debtors* | CASE NO. 21-61491-TNAP <br> (JOINTLY ADMINISTERED) <br> CHAPTER 11 <br> SUBCHAPTER V <br> JUDGE PATTON |

### ORDER GRANTING MOTION OF SUBCHAPTER V TRUSTEE FOR AUTHORITY TO COMPROMISE CONTROVERSIES WITH DAVID STANFILL, SIDNEY KEITH, ANDREW GOULD, JESSICA GRITZAN, KYLE SLUTZ AND SQUIRRELS LLC

Frederic P. Schwieg subchapter V Trustee ("Trustee") moves the Court pursuant to 11 U.S.C. §§ 363 and Federal Rule of Bankruptcy Procedure 9019(a) for an order approving a settlement of a certain Avoidance Actions (defined in the Motion) against David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC (collectively "Defendants") [Doc. 394] ("Motion"). The following objections were filed to the Motion: (1) the Objection of Ad Hoc Committee of Creditors to the Motion of Subchapter V Trustee for Authority to Compromise Controversies with David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC (Doc. 394) [Doc. 397] ("Billinger Objection"); and (2) the Objection and Notice of Individual Property Loss Filed by Paul Pasika [Doc. 399] ("Pasika

Objection") and (3) the Objection of Sam Adams to the Motion of Subchapter V Trustee for Authority to Compromise Controversies with David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC(Doc. 394) [Doc. 406], ("Adams Objection").The following replies to responses were filed by Mr. Billinger: Response of the Ad Hoc Committee of Creditors to the Debtor's Reply to Objection of Paul Billinger [ECF 403] [Doc. 409] and Response of the Ad Hoc Committee of Creditors to Subchapter V Trustee's Motion to Approve Compromise and Defendant's Response [Doc. 410] (such responses hereinafter with the Adams Objection and with the Billinger Objection and the Pasika Objection collectively the "Objections").

The Trustee filed his Response of Subchapter V Trustee to Objections to Motion of Subchapter V Trustee for Authority to Compromise Controversies with David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC and Joinder in the Responses of Squirrels Research Labs LLC to Objections [Doc. 407] ("Trustee Reply). Squirrels Research Labs LLC filed its Reply to Objection of Paul Billinger [Docket No.. 397] [Doc. 403] and the Reply to Objection of Paul Pasika [Docket No. 399] [Doc. 404] ("SQRL" and collectively the "SQRL Replies"), in which the Trustee joined.  Finally, the Defendants filed their Response of Defendants to Objection of Paul Billinger [Docket No. 397] [Doc.405].

Notice of the Motion having been certified by the Trustee as having been served on all parties in interest, and a hearing on the Motion having been held on October 28, 2025 at 11:00 AM, the Court having heard from the Trustee, counsel for the Debtor and Mr. Billinger at the hearing, the Court being fully apprised of the premises for the Motion FINDS and ORDERS as follows:

## THE COURT FINDS

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a), (b) and (e) and General Order 2012-07 of the United States District Court for the Northern District of Ohio. This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A), (B), (K), (N) and (O).

2. On November 23, 2021 (the "Petition Date"), SQRL filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. The Trustee and the Defendants stipulate that prior to the hearing and in accordance with the proposed settlement set forth in the settlement agreement attached as exhibit B to the Motion ("Settlement Agreement"), Mr. Gould paid the $500 settlement, and the remaining Defendants paid the initial installment of $12,500.

## THE COURT ORDERS:

A. For the Reasons stated on the record the Motion is GRANTED and the Objections are OVERRULED, and the Trustee is authorized to enter into the Settlement Agreement.

B. Pursuant to the Settlement Agreement each of the Defendants has waived payment on any claim against the SQRL estate.

C. The Defendants other than Mr. Gould, shall jointly pay the remaining sum of Sixty-two Thousand Five Hundred Dollars ($62,500.00) to Plaintiff, payable in five (5) monthly installments of Twelve Thousand Five Hundred Dollars ($12,500.00) each. The first installment having been made, the subsequent installments shall be due on the first day of each month thereafter until paid in full. Payment shall be made by check or wire transfer to an account held for the benefit of the Debtor in Possession as designated by Plaintiff's counsel in writing.

D.  If not appealed, fifteen days after entry of this order each of the Adversaries shall be dismissed with prejudice.

###

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Frederic P. Schwieg | /s/ Jack Cooper, Esq. |
| Frederic P. Schwieg, Esq. (0030418) | Jack B. Cooper, Esq. (0069321) |
| Attorney at Law | Milligan Pusateri |
| 19885 Detroit Rd #239 | PO BOX 35459 |
| Rocky River, Ohio 44116 | 4684 Douglas Cir. NW |
| (440) 499-4506 | Canton OH 44735 |
| fschwieg@schwieglaw.com | Phone: (234) 209-9793 |
| Subchapter V Trustee | Fax: (330) 409-0249 |
| | Email: jcooper@milliganpusateri.com |
| | Counsel for Defendant |

## SERVICE

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc.
christopher.combest@quarles.com

Jack B. Cooper on behalf of Defendant Squirrels LLC
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Andrew Gould
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant David Stanfill
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Jessica Gritzan
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Kyle Slutz
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Sidney Keith
jcooper@milliganpusateri.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC
cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell
bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Attorney Brouse McDowell, LPA
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47 on behalf of U.S. Trustee United States Trustee
lauren.schoenewald@usdoj.gov

VIA EMAIL
Paul Billinger
paul.billinger@toreaconsulting.com